```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07537
   DAVID WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0119

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/27/2006 and was confirmed 11/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/03/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
BANK OF HINSDALE            SECURED           13418.00        768.00       2878.04
ASSET ACCEPTANCE            UNSECURED          1199.49           .00           .00
CAPITAL ONE                 UNSECURED          1287.35           .00           .00
CBUSA SEARS                 UNSECURED         NOT FILED          .00           .00
ELAN FININCIAL SVC          UNSECURED         NOT FILED          .00           .00
FIRST USA BANK NA           UNSECURED         NOT FILED          .00           .00
ECAST SETTLEMENT CORP       UNSECURED           232.11           .00           .00
ECAST SETTLEMENT CORP       UNSECURED           234.52           .00           .00
SAM'S CLUB                  UNSECURED         NOT FILED          .00           .00
ROUNDUP FUNDING LLC         UNSECURED          3869.19           .00           .00
BENNIE W FERNANDEZ          DEBTOR ATTY       2,574.00                       303.08
TOM VAUGHN                  TRUSTEE                                          239.88
DEBTOR REFUND               REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              4,189.00

PRIORITY                                          .00
SECURED                                      2,878.04
    INTEREST                                   768.00
UNSECURED                                         .00
ADMINISTRATIVE                                 303.08
TRUSTEE COMPENSATION                           239.88
DEBTOR REFUND                                     .00
                    ---------------     ---------------
TOTALS               4,189.00                4,189.00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 07537 DAVID WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
  Dated: 03/26/08                 _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 06 B 07537 DAVID WILLIAMS
```